UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 12-14065-CR-MARTINEZ(s)(s)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SAMTANNA RODERICK BURGESS,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Report and Recommendation regarding Criminal Justice Act Voucher FLS 12 1898 issued by United States Magistrate Judge Frank J. Lynch, Jr, on August 1, 2013 **(D.E.#179),** recommends to this Court, that CJA Voucher #FLS 12 1898 be Granted and that Edward Reagan, Esquire be paid a total sum of **$10,643.38.** The parties were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. Accordingly, the Court has considered the Report and Recommendation, the pertinent parts of the record, for the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge Frank J. Lynch, Jr's Report and Recommendation is hereby **ADOPTED and AFFIRMED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20 day of August, 2013.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
Edward Reagan, Esq
Lucy Lara, CJA Administrator